# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV - 7 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:23-cr-66 |
| v. | Violations: 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| | 21 U.S.C. § 841(a)(1) |
| GARY SAUNDERS, JR., | 21 U.S.C. § 841(b)(1)(C) |
| Defendant | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Distribute Controlled Substances)

From in or about the Summer of 2020, to on or about February 25, 2021, in Monongalia County, in the Northern District of West Virginia, and elsewhere, defendant **GARY SAUNDERS, JR.**, and others, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute cocaine base, also known as "crack," a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 846.

## COUNT TWO

(Distribution of Cocaine Base)

On or about September 22, 2020, in Monongalia County, in the Northern District of West Virginia, defendant **GARY SAUNDERS, JR.,** did unlawfully, knowingly, intentionally and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II narcotic controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

**(Unlawful Possession of a Firearm)**

On or about February 25, 2021, in Monongalia County, in the Northern District of West Virginia, defendant **GARY SAUNDERS, JR.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Carrying Concealed Weapon in the Court of Common Pleas, Franklin County, Ohio, in case number 00CR-06-3336, and Possessing a Weapon While Under Disability, in the Court of Common Pleas, Franklin County, Ohio, in case number 05-CR3783, knowingly possessed a firearm, to wit, a Smith and Wesson semi-automatic pistol, model M&P9 M20, 9mm caliber, serial number NCA2733, said firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), Unlawful Possession of a Firearm, including a Smith and Wesson semi-automatic pistol, model M&P9M20, 9mm caliber, serial number NCA2733.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Zelda E. Wesley
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

United States of America
v.

11612842
2487-1108-0107-J

Gary Saunders

*Defendant*

Case No. 1:23-cr-66

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gary Saunders,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm
21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base
21 U.S.C § 846 - Conspiracy to Distribute Controlled Substances

Date: 11.7.2023

*Issuing officer's signature*

City and state: Clarksburg, West Virginia

Michael John Aloi, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/08/2023, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

FOR: ATF
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Gary Saunders
Known aliases: Gary L. Saunders, Jr., Gary Larnell Saunders
Last known residence: 646 Hillwood Drive, Apartment 102, Morgantown, WV 26501
Prior addresses to which defendant/offender may still have ties: 906 South 10th Street, Ironton, OH 45638; 1255 Silverbrook Drive, Columbus, OH 43207
Last known employment:
Last known telephone numbers: (301) 707-2310
Place of birth: Ohio
Date of birth: 02/18/1973
Social Security number: 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
Height: 6'0"   Weight: 300 lb
Sex: Male   Race: Black or African American
Hair: Black   Eyes: Brown
Scars, tattoos, other distinguishing marks: Scar on Left Hand; Tattoos on Left Arm, Right Arm, and Neck; Pierced Ears

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 958577PA9
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: